**Tammy Jo TYNER, Appellant,**

**v.**

**Dawn Renee MYERS, Respondent.**

**WD 77239**

Missouri Court of Appeals,
Western District.

April 7, 2015

Sean Picket, Kansas City, MO, Counsel for Appellant

Dawn Myers, Lee's Summit, MO, Respondent Acting Pro Se

Before Division One: Cynthia L. Martin, P.J., Thomas H. Newton, and Mark D. Pfeiffer, JJ.

## ORDER

Per Curiam:

Ms. Tammy Jo Tyner appeals the trial court's judgment denying a claim for conversion. Ms. Tyner claims that the judgment is against the weight of the evidence.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).